■ ROBERT A. PHILLIPS, Respondent-Appellant, v WALTER

E. BAIRD et al., Appellants-Respondents, and TOWN OF WAYLAND, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs as moot *(see, Marine Midland Bank v Fisher,* 85 AD2d 905). (Appeals from order of Supreme Court, Steuben County, Finnerty, J.—summary judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.